UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                              )
                                                    )
**TALIANI, DENNIS R**                               )   Bankruptcy Case No. 15-83186 TML
**TALIANI, LOUWANNE M**                             )   Chapter 7
                                                    )
Debtor(s).                                          )

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 2, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

TALIANI, DENNIS R
TALIANI, LOUWANNE M
260 S ANNANDALE DR.
LAKE IN THE HILLS, IL 60156

DAVID H CUTLER
CUTLER & ASSOCIATES, LTD.
4131 MAIN ST.
SKOKIE, IL 60076
*(Via ECF Electronic Transmission)*

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Ariano, Hardy, Ritt, Nyuli, Richmond, Lytle & Goet
Scott Richmond, Esq.
2000 Mcdonald Rd., Ste. 200
South Elgin, IL 60177

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197


/s/ Debbie M. Harris


STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com