# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re:  TALIANI, DENNIS R           § Case No. 15-83186-TML
        TALIANI, LOUWANNE M         §
                                    §
Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $229,355.00              Assets Exempt: $8,530.00
(without deducting any secured claims)

Total Distribution to Claimants: $9,612.67    Claims Discharged
                                              Without Payment: $13,491.45

Total Expenses of Administration: $6,387.33
```

3) Total gross receipts of $16,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $16,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $442,988.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,932.50 | 6,387.33 | 6,387.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,100.00 | 2,006.02 | 2,006.02 | 2,006.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,108.45 | 7,606.65 | 7,606.65 | 7,606.65 |
| **TOTAL DISBURSEMENTS** | $465,196.45 | $17,545.17 | $16,000.00 | $16,000.00 |

4) This case was originally filed under Chapter 7 on September 14, 2016. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2017            By: /s/STEPHEN G. BALSLEY
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 24062 6th Street, Trempealeau, WI | 1210-000 | 16,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$16,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Nationstar Mortgage LLC | 4110-000 | 440,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake In Hills Sanitary Dist. | 4110-000 | 2,988.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$442,988.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 2,350.00 | 2,350.00 | 2,350.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 5,427.50 | 3,882.33 | 3,882.33 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3220-000 | N/A | 125.00 | 125.00 | 125.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,932.50 | $6,387.33 | $6,387.33 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | 2,300.00 | 2,006.02 | 2,006.02 | 2,006.02 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 1,800.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $4,100.00 | $2,006.02 | $2,006.02 | $2,006.02 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 188.00 | 218.00 | 218.00 | 218.00 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 90.33 | 90.33 | 90.33 |
| 3 | MERRICK BANK | 7100-000 | 1,229.00 | 1,269.19 | 1,269.19 | 1,269.19 |
| 4 | Ariano, Hardy, Ritt, Nyuli, Richmond, Lytle & Goet | 7100-000 | 5,000.00 | 5,036.00 | 5,036.00 | 5,036.00 |
| 5 | First National Bank of Omaha | 7100-000 | N/A | 993.13 | 993.13 | 993.13 |
| NOTFILED | Hsbc/carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Holland & Company PC | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 733.00 | N/A | N/A | 0.00 |
| NOTFILED | First Svg Cc | 7100-000 | 401.00 | N/A | N/A | 0.00 |
| NOTFILED | Kay Jewelers/Sterling Jewelers Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | FNCC/Legacy Visa | 7100-000 | 397.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 706.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicorgas | 7100-000 | 475.82 | N/A | N/A | 0.00 |
| NOTFILED | Keynote Consulting | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank / HH Gregg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Lake in The Hills | 7100-000 | 171.58 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/ HH Gregg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery | 7100-000 | 1,273.00 | N/A | N/A | 0.00 |
| NOTFILED | Mabt/contfin | 7100-000 | 258.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Dress Barn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank | 7100-000 | 871.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 2,033.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Carsons | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit First/CFNA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Lane Bryant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast^ | 7100-000 | 532.12 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed | 7100-000 | 589.93 | N/A | N/A | 0.00 |
| NOTFILED | Citibank/Sears | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,108.45 | $7,606.65 | $7,606.65 | $7,606.65 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-83186-TML  
**Case Name:** TALIANI, DENNIS R  
TALIANI, LOUWANNE M  
**Period Ending:** 05/14/17

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/14/16 (f)  
**§341(a) Meeting Date:** 02/04/16  
**Claims Bar Date:** 12/29/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 260 S Annandale Drive, Lake in the Hills, IL | 220,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: Harris Bank | 225.00 | 0.00 | | 0.00 | FA |
| 3 | 3 Checking Accounts: First National | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Various used household goods and possessions | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1 lap top and 1 PC used for corporate work. | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Various used baseball cards | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Various used clothes | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Various used costume pieces | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Various used free weights | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Pension Annuity: Aurora Mutual Annunity | 300.00 | 0.00 | | 0.00 | FA |
| 11 | BFF Freight and Logistics, Corp. | 1,030.00 | 0.00 | | 0.00 | FA |
| 12 | 2000 Lexus RX300 | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2001 Ford Ranger XL | 1,500.00 | 0.00 | | 0.00 | FA |
| 14 | 24062 6th Street, Trempealeau, WI  (u) See Order to Compromise Controversy entered November 30, 2016. | 0.00 | 50,000.00 | | 16,000.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$229,355.00** | **$50,000.00** | | **$16,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017      **Current Projected Date Of Final Report (TFR):**   February 21, 2017  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-83186-TML  
**Case Name:** TALIANI, DENNIS R  
TALIANI, LOUWANNE M  
**Taxpayer ID #:** **-***9004  
**Period Ending:** 05/14/17

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/10/16 | {14} | Louwanne Taliani | Good Faith Payment pursuant to Order to Compromise Controversy | 1210-000 | 5,000.00 | | 5,000.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,970.00 |
| 02/02/17 | {14} | Louwanne Taliani | Payment for Bankruptcy Estate's Interest in 24062 6th Street, Trempealeau, WI pursuant to Order to Compromise Controversy | 1210-000 | 11,000.00 | | 15,970.00 |
| 03/27/17 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,350.00, Trustee Compensation; Reference: | 2100-000 | | 2,350.00 | 13,620.00 |
| 03/27/17 | 102 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $218.00; Claim# 1; Filed: $218.00; Reference: | 7100-000 | | 218.00 | 13,402.00 |
| 03/27/17 | 103 | MERRICK BANK | Dividend paid 100.00% on $1,269.19; Claim# 3; Filed: $1,269.19; Reference: | 7100-000 | | 1,269.19 | 12,132.81 |
| 03/27/17 | 104 | Ariano, Hardy, Ritt, Nyuli, Richmond, Lytle & Goet | Dividend paid 100.00% on $5,036.00; Claim# 4; Filed: $5,036.00; Reference: | 7100-000 | | 5,036.00 | 7,096.81 |
| 03/27/17 | 105 | First National Bank of Omaha | Dividend paid 100.00% on $993.13; Claim# 5; Filed: $993.13; Reference: | 7100-000 | | 993.13 | 6,103.68 |
| 03/27/17 | 106 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 4,007.33 | 2,096.35 |
| | | | Dividend paid 100.00% on $125.00; Claim# ; Filed: $125.00 | 3220-000 | 125.00 | | 2,096.35 |
| | | | Dividend paid 100.00% on $3,882.33; Claim# ; Filed: $5,427.50 | 3210-000 | 3,882.33 | | 2,096.35 |
| 03/27/17 | 107 | Internal Revenue Service | Combined Check for Claims#2U,2P | | | 2,096.35 | 0.00 |
| | | | Dividend paid 100.00% on $90.33; Claim# 2U; Filed: $90.33 | 7100-000 | 90.33 | | 0.00 |
| | | | Dividend paid 100.00% on $2,006.02; Claim# 2P; Filed: $2,006.02 | 5800-000 | 2,006.02 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,000.00 | 16,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,000.00 | 16,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,000.00** | **$16,000.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 15-83186-TML | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Case Name:** | TALIANI, DENNIS R | **Bank Name:** | Rabobank, N.A. |
| | TALIANI, LOUWANNE M | **Account:** | ******7166 - Checking Account |
| **Taxpayer ID #:** | **-***9004 | **Blanket Bond:** | $6,620,000.00   (per case limit) |
| **Period Ending:** | 05/14/17 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| **Checking # ******7166** | | 16,000.00 | 16,000.00 | 0.00 |
| | | $16,000.00 | $16,000.00 | $0.00 |

{} Asset reference(s)

Printed: 05/14/2017 06:58 PM    V.13.30